UNITED STATES of America,
Plaintiff–Appellee,

v.

Howard HENRY, Defendant–Appellant.

No. 07–15433

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 10, 2008.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Carl A. Johnston, Tampa, FL, for Defendant–Appellant.

Before TJOFLAT, BIRCH and BLACK, Circuit Judges.

PER CURIAM:

Carl A. Johnston, appointed counsel for Howard Henry, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Henry's conviction and sentence are **AFFIRMED.**